978

No. 11–1391.   CHESTER *v.* THALER, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION.   C. A. 5th Cir.   Certiorari denied.

No. 11–1402.   MARCAVAGE *v.* SAPERSTEIN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 11–1490.   BERNINI ET AL. *v.* CITY OF ST. PAUL, MINNE-SOTA, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 11–1525.   GRANADOS GAITAN *v.* HOLDER, ATTORNEY GEN-ERAL.   C. A. 8th Cir.   Certiorari denied.

No. 11–9981.   ARGUETA, AKA CRUZ *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–10021.   W. B. H. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–10492.   DELGADO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–11061.   MARTINEZ-TAVERA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–61.   BROICH *v.* INCORPORATED VILLAGE OF SOUTHAMP-TON, NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 12–108.   SIDAMON-ERISTOFF, TREASURER OF NEW JERSEY, ET AL. *v.* NEW JERSEY FOOD COUNCIL ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–145.   PERSONHOOD OKLAHOMA *v.* BARBER ET AL.   Sup. Ct. Okla.   Certiorari denied.

No. 12–180.   JEWUSIAK *v.* SANDY KAYE CONDOMINIUM ASSN., INC.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 12–202.   JOHN HANCOCK LIFE INSURANCE CO. (U. S. A.) ET AL. *v.* SANTOMENNO ET AL.; and